YTLee.INF

1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

7

**FILED**

DISTRICT COURT OF GUAM

FEB 14 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

8            IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. **07-00018**
                                       )
12                   Plaintiff,        )
                                       )    **INFORMATION**
13          vs.                        )
                                       )    **ILLEGAL RE-ENTRY OF**
14                                     )    **REMOVED ALIEN**
    YOUNG TAEK LEE,                    )    [ 8 U.S.C. § 1326(a) ]
15                                     )
                     Defendant.        )
16                                     )
    _____   )
17

18  THE UNITED STATES ATTORNEY CHARGES:

19       On or about November 22, 2006, in the District of Guam and elsewhere, the defendant,

20  YOUNG TAEK LEE, an alien, unlawfully entered and was found in the United States after

21  having been removed and deported from the United States on or about March 29, 2005, at New

22  York, New York and that prior to his re-embarkation from a place outside the United States,

23  YOUNG TAEK LEE, had not received the consent of the Attorney General of the United States

24  \\

25  \\

26  \\

27
                                      -1-

1    to reapply for admission and to enter the United States, in violation of Title 8, United States

2    Code, Section 1326(a).

3            Respectfully submitted this _____ day of February, 2007.

4                                              LEONARDO M. RAPADAS
                                              United States Attorney
5                                              Districts of Guam and NMI

6
                              By: _____
7                                 ROSETTA L. SAN NICOLAS
                                  Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-2-