**Criminal Case Cover Sheet**                                    **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____          **Related Case Information:**

Country/Parish ____N/A____          Superseding Indictment _____ Docket Number _____
                                    Same Defendant ___XXX_____   New Defendant _____
                                    Search Warrant Case Number _____
                                    R 20/ R 40 from District of _____

**Defendant Information:**

　　　　Juvenile: Yes _____ No __X__     Matter to be sealed: _____ Yes __X__ No

Defendant Name        __YOUNG TAEK LEE_____           **RECEIVED**

Allisas Name          _____           FEB 1 4 2007

Address               _____           **DISTRICT COURT OF GUAM**
                                                                   **HAGATNA, GUAM**
                      _____


Birthdate __1951__ SS# _XXX-XX-XXXX_____   Sex _M_   Race__Asian__  Nationality_Korean_____

**U.S. Attorney Information:**

AUSA ROSETTA SAN NICOLAS

Interpreter: _____ No ___XXX___Yes      List language and/or dialect: ___Korean_____

**Location Status:**

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: ___1___        _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _8 U.S.C. § 1326(a)_____ | Illegal Re-Entry of Removed Alien | __1__ |
| Set | 2_____ | _____ | _____ |
| Set | 3_____ | _____ | _____ |
| Set | 4_____ | _____ | _____ |

(May be continued on reverse)

Date: __2/14/07_____   Signature of AUSA: ____[signature]____