**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-07-00018　　　　　　　　　　　　DATE: February 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　　　Electronically Recorded: 9:37:16 - 10:18:42
CSO: B. Benavente

**APPEARANCES:**
Defendant: Young Taek Lee　　　　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Sung Woo Yoon　　　　　　　　Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty. No written plea agreement.
- Plea: Accepted.
- Sentencing set for: May 10, 2007 at 9:30 A.M.
- Presentence Report due to the parties: April 10, 2007. Responses due: April 24, 2007
- Presentence Report due to the Court: May 3, 2007
- Defendant to remain in custody.

NOTES: Oral motion by defense counsel for government to provide immigration documents to defendant was granted.