# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB 14 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.
YOUNG TAEK LEE,

WAIVER OF INDICTMENT

CASE NUMBER: 07-00018

I, YOUNG TAEK LEE, the above named defendant, who is accused of illegal re-entry of removed alien, in violation of Title 8, United States Code, Section 1326(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/14/2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant YOUNG TAEK LEE

_____
Counsel for Defendant RICHARD P. ARENS

Before _____
Judicial Officer
FRANCES TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

**ORIGINAL**