DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **07-00018** |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **YOUNG TAEK LEE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nunc pro tunc to February 14, 2007.

Dated this 16th day of February, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**