# ORIGINAL

1

2  LEONARDO M. RAPADAS
   United States Attorney
3  Department of Justice
   ROSETTA L. SAN NICOLAS
4  Assistant U.S. Attorney
   Sirena Plaza Suite 500
5  108 Hernan Cortez Avenue
   Hagatna, Guam 96910
6  Telephone: (671) 472-7332
   Telecopier: (671) 472-7334
7
   Attorneys for United States of America
8

**FILED**

DISTRICT COURT OF GUAM

APR - 5 2007 *nbN*

MARY L.M. MORAN
CLERK OF COURT

9

## IN THE UNITED STATES DISTRICT COURT
10
## FOR THE DISTRICT OF GUAM
11

12  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 07-00018
                                       )
13                    Plaintiff,       )
                                       )
14         vs.                         )    **GOVERNMENT'S SENTENCING**
                                       )    **MEMORANDUM**
15                                     )
    YOUNG TAEK LEE,                    )
16                                     )
                                       )
17                    Defendant.       )
    _____)
18

Defendant Young Taek Lee is scheduled for Sentencing in the District Court of Guam on
19
May 10, 2007 at 9:30 a.m. before the Honorable Frances Tydingco-Gatewood.   The United
20
States submits this Sentencing Memorandum to address the U.S.S.G. §2L1.2(b)(1)(A) 16 level
21
enhancement.
22
       Defendant Young Taek Lee has been convicted in the Eastern District of New York of
23
one count of Racketeering, in violation of 18 U.S.C. Section 1962( c);  four counts of
24
Interference with Commerce by Violence, in violation of 18 U.S.C. §1951; and one count of Use
25
of a Firearm During a Crime of Violence, in violation of 18 U.S.C. §924( c).  (See
26
Government's Exhibit "1" - Judgment in Case No. CR93-1072-S-4 and Government's Exhibit
27
"2" - U.S. District Court Eastern District of New York, Brooklyn Criminal Docket for Case No.
28

1:93-CR01072-ILG-1).

Pursuant to the United States Sentencing Guidelines Section 2L1.2(b)(1)(A), if the defendant was previously deported or unlawfully remained in the United States after a conviction for a felony that is a crime of violence or a firearms offense, the offense is increased by 16 levels.

U.S.S.G. §2L1.2(b)(1)(A) provides a 16 level increase if the defendant's removal occurred after a conviction for one of the following crimes:

> "(A) a conviction for a felony that is a (I) drug trafficking offense for which the sentence imposed exceeded 13 months; (ii) **a crime of violence**; (iii) a firearms offense; (iv) a child pornography offense; (v) a national security of terrorism offense; (vi) a human trafficking offense; or an alien smuggling offense..."
> USSG §2L1.2(b)(1)(A).

A crime of violence is defined in the U.S.S.G. §2L1.2 App. Note 1 (B)(iii) as follows:

> "Crime of violence" means any of the following: murder, manslaughter, kidnaping, aggravated assault, forcible sex offenses, statutory rape, sexual abuse of a minor, **robbery**, arson, extortion, extortionate extension of credit, burglary of a dwelling, or any offense under federal, state or local law that has as an element the use, attempted use, or threatened use of physical force against the person of another.

The crime of robbery and use of a firearm during a crime of violence qualifies the defendant for the 16 level enhancement. The defendant's convictions for the offenses of (four counts) Interference with Commerce by Violence, in violation of 18 U.S.C. §1951; and (one count) of Use of a Firearm During a Crime of Violence, in violation of 18 U.S.C. §924( c) qualify the defendant for this upward increase.

The 1993 Edition of the Federal Criminal Code and Rules Section 1951 is identical to the 2006 Edition of the Federal Criminal Code and Rules Section 1951. Section 1951 is presently known as the "Hobbs Act." "The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession of the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining. 18

2

1  U.S.C. §1951(b)(1). Defendant has also been convicted of one count in violation of 18 U.S.C.
2  924( c) for Using or Carrying a Firearm During a Crime of Violence.   This offense has the use
3  using or carrying a firearm as an element of the offense.

4        Courts employ the Supreme Court's "categorical/modified categorical" approach for
5  determining whether a prior conviction qualifies for enhancement in illegal re-entry cases.
6  Taylor v. United States, 495 U.S. 474.  In determining whether an enhancement applies, "like
7  the rest of the enhancement statute, it generally requires the trial court to look only to the fact of
8  conviction and the statutory definition of the prior offense." Taylor, 495 U.S. 474, 602.  Under
9  the categorical approach, courts examine the prior conviction's statute of conviction to see if the
10  statute under which the defendant was convicted categorically fits the relevant guideline
11  definition for enhancement purposes.  Under the categorical approach, the court "looks only to
12  the statutory definition of a prior offense, and not to the particular facts underlying a conviction.
13  Defendant has prior convictions for Robbery and Use of a Firearm In a Crime of Violence (See
14  Government's Exhibits "1" and "2").  The statutory definition for these offenses qualify the
15  defendant for the 16 level enhancement.

16        Under the factors of 18 U.S.C. Section 3553, the Court is to impose a sentence sufficient,
17  but not greater than necessary, to comply with the purposes of paragraph (2) of this subsection.
18  The court, in determining the particular sentence to be imposed, shall consider -

19        1) the nature and circumstances of the offense, and the history and characteristics of the
20        defendant;

21        2) the need for the sentence imposed -

22        (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide
23        just punishment for the offense;

24        (B) to afford adequate deterrence to criminal conduct;

25        ( C) to protect the public from further crimes of the defendant, and

26        (D) to provide the defendant with needed educational or vocational training, medical care,

27

28        3

1      or other correctional treatment in the most effective manner:

2      3) The kinds of sentences available;

3      4) the kinds of sentence and the sentencing range established for

4      (A) the applicable category of offense committed by the applicable category of defendant

5      as set forth in the guidelines.

6      The considerations involved in imposing sentence also advise to take into account

7 restitution, and unwanted sentence disparities among defendants with similar records who have

8 been found guilty of similar conduct. Under 18 U.S.C. Section 3661, "No limitation shall be

9 placed on the information concerning the background, character, and conduct of a person

10 convicted of an offense which a court of the United States may receive and consider for the

11 purpose of imposing an appropriate sentence."

12      The Government maintains that 46 months incarceration is the appropriate and reasonable

13 sentence.

14      Nature and circumstances of the offense, and the History and Characteristics of the

15 Defendant.

16      Defendant has served a prior sentence of 157 months imprisonment for Racketeering,

17 Robbery, and Use of a Firearm in a Crime of Violence. Defendant's history is that of a violent

18 criminal involved in a leadership role of a criminal gang. Upon completion of his 157 months

19 imprisonment, defendant was ordered deported from New York to Korea on March 29, 2005.

20

21      The Need to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and

22 to Provide Just Punishment for the Offense;

23      Defendant was ordered to leave the United States. He unlawfully entered Guam on

24 November 22, 2006 and claims his intent to enter Guam was to sell fruit and vegetables. The

25 federal statutes contemplate strict penalties to prevent and deter those who are convicted of

26 crimes of violence from re-entering the United States. Those penalties must apply in this case in

27

28      4

1  order to promote genuine respect for the law and to punish the defendant for entering unlawfully.
2  Given the nature and circumstances of this offense, genuine respect for the law can be promoted
3  by a term of imprisonment of 46 months.

4      To Afford Adequate Deterrence to Criminal Conduct and To Protect the Public from
5  Further Crimes of the Defendant;

6      The aim of a sentence of incarceration is twofold - to deter others who are deported from
7  re-entering the United States, and to protect citizens of the United States from the defendant.
8  The public must be protected from further violent crimes committed by the Defendant.

9      A term of imprisonment is necessary to promote respect for the federal laws, to provide
10  just punishment, to afford adequate deterrence to criminal conduct, and to protect the public from
11  further crimes of the defendant.   For these reasons, the Government requests that a term of
12  imprisonment of 46 months be imposed.

13

14  RESPECTFULLY SUBMITTED this 5th day of April, 2007.

15

16                        LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

17

18             By:

19                        ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28                        5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -vs-

  YOUNG TAEK LEE    Deft #1

(Name of Defendant)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM A

CASE NUMBER CR 93-1072-S-4

MARTIN STOLAR
351 Broadway
New York, N.Y.   10013
Defendant's Attorney and Address

THE DEFENDANT:

___ pleaded guilty to count(s)_____

XX was found guilty on counts(s) 1,2,3,4,5 and 6.
    after a plea of not guilty.
    Accordingly, the defendant is ADJUDGED guilty of such count(s), whic
    involve the following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER( |
|---|---|---|
| 18 USC Sec 1962(c) | Racketeering | one |
| 18 USC SEc 1951 | Interference with commerce by violence | 2,3,4 and 5. |
| 18 USC Sec 924(c) | Use of firearm during crime of violence | six |

The defendant is sentenced as provided in pages 2 through 4 of this
judgment. The sentence is imposed pursuant to the Sentencing Reform
Act of 1984.

_____ The Defendant has been found not guilty on Count(s)_____
    and is discharged as to such count(s).

XX ~~Count(s)~~ Underlying indictment _____ (is) (~~are~~ dismissed on motion of
    the United States.

_____ The mandatory special assessment is included in the portion of this
    Judgment that imposes a fine.

XX It is ordered that the defendant shall pay to the United States a
    Special assessment of $ 300.00 which shall be due immediately.

It is further ORDERED that the defendant shall notify the United
States Attorney for this district within 30 days of any change of
residence or mailing address until all fines, restitution, costs,
and special assessments imposed by this Judgment are fully paid.

Defendant's Soc.Sec. Number:
████████ 0842
Defendant's mailing address:

████████████████████

Elmhurst, N.Y.   11373

October 16, 1995
Date of imposition of sentence

Signature of Judicial Officer

I. LEO GLASSER    U.S.D.J.
Name & Title of Judicial Officer

DATE: October 17, 1995

A TRUE COPY ATTEST
DATED: ███████

ROBERT C. HEINEMANN
CLERK

BY:

GOVERNMENT EXHIBIT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau
of Prisons to be imprisoned for a term of __(97) ninety seven months, on__

___counts 1,2,3,4 and 5.  On Count #6, the defendant is ᵢsentenced to___

imprisonment for (60) sixty months, consecutive to term on counts

1,2,3,4 and 5.

☐  The Court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this
   district,

        ☐  at_____a.m./p.m. on_____.

        ☐  as notified by the Marshal.

☐  The defendant shall surrender for service of sentence at the institution
   designated by the Bureau of Prisons

        ☐  before 2 p.m. on_____.

        ☐  as notified by the United States Marshal.

        ☐  as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on_____to_____

at_____, with a certified copy of this Judgment

                                        _____
                                        UNITED STATES MARSHAL

                                        By_____
                                             DEPUTY MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release
for a term of ___three years._____

While on supervised release, the defendant shall not commit another Federal,
state, or local crime and shall comply with the standard conditions that
have been adopted by this court (set forth on the following page.)  If
this judgment imposes a restitution obligation, it shall be a condition
of supervised release that the defendant pay any such restitution that
remains unpaid at the commencement of the term of supervised release.
The defendant shall comply with the following additional conditions:

☐  The defendant shall pay any fines that remain unpaid at the
commencement of the term of supervised release.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release purs
to this Judgment:

1) The defendant shall not commit another Federal, state or local cr
2) the defendant shall not leave the judicial district without
permission of the court or probation officer;
3) the defendant shall report to the probation officer as directe
the court or probation officer and shall submit a truthful and comp
written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the prob
officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet o
family responsibilities;
6) the defendant shall work regularly at a lawful occupation un
excused by the probation officer for schooling, training, or o
acceptable reasons;
7) the defendant shall notify the probation officer within seventy-
hours of any change in residence or employment;
8) the defendant shall refrain from exessive use of alcohol and sl
not purchase, possess, use, distribute, or administer any narcotic
other controlled substance, or any paraphernalia related to such substanc
except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substar
are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in crim
activity, and shall not associate with any person convicted of a fel
unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or
at any time at home or elsewhere and shall permit confiscation of
contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-
hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an infor
or a special agent of a law enforcement agency without the permiss
of this court;
14) as directed by the probation officer, the defendant shall not
third parties of risks that may be occasioned by the defendant's crimi
record or personal history or characteristics, and shall permit
probation officer to make such notifications and to confirm the defendan
compliance with such notification requirement.

These conditions are in addition to any other conditions impo
by this Judgment.

MJSELECT

# U.S. District Court
## Eastern District of New York, Brooklyn (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:93-cr-01072-ILG-1
### Internal Use Only

Case title: USA v. Lee, et al

Date Filed: 09/23/1993
Date Terminated: 10/16/1995

Assigned to: Senior-Judge I. Leo
Glasser

Appeals court case number: 95-1588

**Defendant**

**Young Taek Lee** (1)
*TERMINATED: 10/19/1995*

represented by **Donna R. Newman**

*Donna R. Newman*
*8 Loft Street*
121 West 27th Street, Suite 1103
New York, NY 10001 (212) 229-1516
Jersey City, NJ 07306
(201) 420-5951
Fax: 201-420-8977
Email: donnanewmanlaw@aol.com
*TERMINATED: 10/19/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Martin R. Stolar**
351 Broadway
New York, NY 10013
212 - 219-1919
Fax: 212-941-0980
Email: mrslaw37@hotmail.com
*TERMINATED: 10/19/1995*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**



GOVERNMENT
EXHIBIT
2

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1951 & 3551 et seq - CONSPIRACY TO EXTORT. (1) | Dismissed |
| 18:1951 & 3551 et seq - CONSPIRACY TO EXTORT (1s) | Dismissed |
| 18:1962(c),1963 and 3551 et seq. RACKETEERING, EXTORTION (1ss) | Dismissed |
| 18:1962(c), 1963 & 3551 et seq - CONSPIRACY, EXTORTION, RACKETEERING, & THREATS (1sss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (2ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951.2 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (3ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951.2 and 3551 et seq. EXTORTION, RACKETEERING, & THREATS (4ss-5ss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951 & 3551 et seq - EXTORTION, RACKETEERING, & THREATS (6sss) | Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. |
| 18:1951, 2 & 3551 et seq - EXTORTION, RACKETEERING, & THREATS | Dismissed |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 11 of 27

(7sss-9sss)

18:924(c), 2 & 3551 et seq - DEFT
CARRIED & USED A FIREARM                          Dismissed
DURING & IN RELATION TO A
CRIME OF VIOLENCE.
(17ssss)

## Highest Offense Level (Terminated)

Felony

## Complaints                                     ## Disposition

None

## Plaintiff

**USA**                           represented by **Elisa L. Liang**
                                                United States Attorney's Office
                                                Criminal Division
                                                225 Cadman Plaza East
                                                Brooklyn, NY 11201
                                                (718) 254-7000
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Stephen Kelly**
                                                United States Attorney's Office
                                                Criminal Division
                                                One Pierrepont Plaza
                                                Brooklyn, NY 11201
                                                (718) 254-7000
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/23/1993 | 1 | INDICTMENT as to Young Taek Lee (1) count(s) 1, Kwang Joon LNU (2) count(s) 1, Sam Chung (3) count(s) 1, Jin Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Ki Ho Park (6) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. (Greves, Liz) (Entered: 10/13/1993) |
| 09/23/1993 |   | Magistrate Ross has been selected by random selection to handle any matters that may be referred in this case. (Greves, Liz) (Entered: 10/13/1993) |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 12 of 27

| 09/23/1993 | | Added Government Attorney Elisa L. Liang. (Greves, Liz) (Entered: 10/13/1993) |
|---|---|---|
| 09/29/1993 | | (Court only) First Appearance as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim held. (Greves, Liz) (Entered: 10/13/1993) |
| 09/29/1993 | | District Court Arraignment held as to Young Taek Lee (1) count(s) 1, Sam Chung (3) count(s) 1, Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. (Greves, Liz) (Entered: 10/13/1993) |
| 09/29/1993 | 3 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim ; Case called before Judge I. L. Glasser on date of 9/29/93 for pleading. Court Reporter H. Shapiro, AUSA E. Liang & Interpreter Y. Kin present. Defts present with counsel. Deft Ki Ho Park not present He is in State custody. Defts arraigned. Not Guilty: Young Taek Lee (1) count(s) 1, Sam Chung (3) count(s) 1, Jin Su Choi (4) count(s) 1, In Sung Paek (5) count(s) 1, Alex Chung (7) count(s) 1, Ho Sung Kim (8) count(s) 1. AUSA Liang moves for detention of all defts. After hearing from all attorneys, Court makes a finding that there is a danger to the community, & all defts are detained. Detention hearing set for 10/4/93 at 4:30PM. Orders of temporary detention signed. Agents place defts in the custody of the US Marshal. (Greves, Liz) (Entered: 10/14/1993) |
| 10/04/1993 | 6 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, In Sung Paek ; Case called before Judge I. L. Glasser on date of 10/4/93. Court Reporter A. Sherman, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Detention hearing held with respect to Sam Chung. Young Lee, In Paek & Ho Kim will come back tomorrow for detention hearing. Allen Lashley is relieved as counsel for Lee. Donna Newman is new counsel for Lee. AUSA Liang makes proffer to the Court of the danger of Sam Cheung to the community. Permanent order of detention signed. Motions to be filed by 10/25/93. Government's response by 11/8/93. Hearing scheduled for 11/12/93. Jury selection & trial set for 1/3/94. Criminal Pretrial Order signed & distributed. (Greves, Liz) (Entered: 10/14/1993) |
| 10/05/1993 | 7 | CALENDAR ENTRY as to Young Taek Lee, Kwang Joon LNU, In Sung Paek, Alex Chung, Ho Sung Kim ; Case called before Judge I. L. Glasser on date of 10/5/93. Court Reporter A. Sherman, AUSA E. Liang & Interpreter G. Jong present. Defts present with counsel. Detention hearing held. AUSA Liang moves to detain Kwong June & requests a detention hearing. Granted. Hearing set for 10/8/93 at 11:30AM. Counsel makes bail application on behalf of all defts. Government opposes. Frank Hancock asks to be relieved as counsel for Alex Chung. Pierre Lorsy has been retained by Chung's family. Mr. Hancock is relieved. Sung Wan Choi not produced today. He is in Patterson Correctional facility. A detention hearing will be held 10/6/93 at 2:30PM. Ross Gadey is his attorney. Court makes a finding that the government has proved defts are |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 13 of 27

| | | |
|---|---|---|
| | | a danger to the community & orders them detained. Permanent orders of detention signed. Motion & trial schedule placed on the record. Criminal Pretrial Order distributed. Defts motions to be filed by 11/1/93. Not Guilty: Kwang Joon LNU (2) count(s) 1. (Greves, Liz) (Entered: 10/14/1993) |
| 10/13/1993 | 2 | ORDER dated 9/29/93 that portions of indictment 93CR1072 relating to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim be unsealed; & that 93M1771 be unsealed. (Signed by Judge I. L. Glasser). (Greves, Liz) (Entered: 10/14/1993) |
| 10/13/1993 | 21 | Copy of REDACTED SUPERSEDING INDICTMENT as to Young Taek Lee (1) count(s) 1s, Kwang Joon LNU (2) count(s) 1s, Sam Chung (3) count(s) 1s, Jin Su Choi (4) count(s) 1s, In Sung Paek (5) count(s) 1s, Ki Ho Park (6) count(s) 1s, Alex Chung (7) count(s) 1s, Ho Sung Kim (8) count(s) 1s, Seung Hwan Choi (9) count(s) 1, 2, 3-4. (Greves, Liz) Modified on 10/19/1993 (Entered: 10/19/1993) |
| 10/13/1993 | 22 | CALENDAR ENTRY as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 10/13/93 for pleading. Court Reporter M. Picozzi, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Defts arraigned on superseding indictment & plead not Guilty: Young Taek Lee (1) count(s) 1, 1s, Kwang Joon LNU (2) count(s) 1, 1s, Sam Chung (3) count(s) 1, 1s, Jin Su Choi (4) count(s) 1, 1s, In Sung Paek (5) count(s) 1, 1s, Ki Ho Park (6) count(s) 1, 1s, Alex Chung (7) count(s) 1, 1s, Seung Hwan Choi (9) count(s) 1, 2, 3-4. Motion schedule amended as follows: defts' motions to be filed by 11/22/93. Government's response by 12/6/93. Hearing on 12/10/93. Court will stick to the January trial date. Richard Rosenthal arrives late & informs the Court he has been retained by Sam Chung. Bernard Udell is relieved. (Greves, Liz) (Entered: 10/19/1993) |
| 10/14/1993 | 9 | CRIMINAL PRETRIAL ORDER as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim ( Signed by Judge I. L. Glasser, dated: 10/4/93). (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | 10 | ORDER of EXCLUDABLE DELAY from 10/4/93 to 1/3/94 as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim (Signed by Judge I. L. Glasser, dated: 10/4/93). (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | (Court only) **Excludable XT start as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | 12 | NOTICE of Appearance for Young Taek Lee by Attorney Donna R. Newman. (Greves, Liz) (Entered: 10/14/1993) |

| 10/14/1993 | 14 | Arrest WARRANT Returned Executed as to Young Taek Lee on 9/29/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Chung Man Lee on 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Tae Mun O on 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/14/1993 | | WRIT of Habeas Corpus issued for the appearance of Chang Hwan Yim 10/14/93. (Greves, Liz) (Entered: 10/14/1993) |
| 10/19/1993 | 25 | Letter dated 10/13/93 from AUSA Elisa L. Liang to all defense counsel regarding discovery as to all defts. (Greves, Liz) (Entered: 10/19/1993) |
| 10/20/1993 | | Deadline updated motions to be filed by 11/1/93. Jury selection set for 1/3/94. Jury trial set for 1/3/94. (Gonzalez, Mary) (Entered: 10/20/1993) |
| 10/28/1993 | 33 | COPY OF A LETTER dated 10/26/93 from Elisa Liang to Ms. Newman. Providing discovery. (fe) (Entered: 10/28/1993) |
| 10/28/1993 | 34 | (Copy)Lttr. dtd. 10/28/93 from AUSA, Elisa Liang, to Carol Hawthorne, Legal Asst. at Otisville informing her of the list of the dfts.' inmate numbers and names. (Asreen, Wendy) (Entered: 11/03/1993) |
| 10/29/1993 | 35 | (Copy) Lttr. dtd. 10/26/93 from AUSA, Elisa Liang, to Ross Gadye, Esq., providing him with discovery. (Asreen, Wendy) (Entered: 11/03/1993) |
| 11/03/1993 | 36 | TRANSCRIPT OF ARRAIGNMENT before Judge Leo Glasser filed in case as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi for dates of 9/29/93 @ 4:00 p.m. Court Reporter/ESR: Shapiro (Roker, Michelle) (Entered: 11/03/1993) |
| 11/05/1993 | 39 | ORDER i) unsealing the portions of indictments 93-cr-1072(s) and 93-1072(S-1) insofar as they relate to deft Lee,Hyun Choi, and ii0 dismissing indictment 93-cr-1071(ILG) it is hereby ordered that the application be granted; it is further ordered that the application be sealed. ( Signed by Judge I. L. Glasser , dated: 11/5/93) (Dobkin, David) (Entered: 11/09/1993) |
| 11/05/1993 | 40 | SUPERSEDING INDICTMENT as to Hyun Choi Lee (10) count(s) 1, 2, 3-5, 6, 7-8, Jae Wook Lee (11) count(s) 1, 2, 3-5, 6, 11, Kwang Joon Ra (12) count(s) 1, 2, 3-5 , Young Taek Lee (1) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Sam Chung (3) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6ss, 9ss-10ss, 12ss, Jin Su Choi (4) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6ss, 9ss-10ss, 13ss, In Sung Paek (5) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Alex Chung (7) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Ho Sung Kim (8) count(s) 1ss, 2ss, 3ss, 4ss-5ss, Seung Hwan Choi (9) count(s) 1s, 2s, 3s, 4s-5s, 6s, 7s-8s (Dobkin, David) (Entered: 11/10/1993) |
| 11/10/1993 | 41 | Copy of letter dated 11/5/93 from Donna R. Newman to Ms Liang regarding discovery as to deft Young Taek Lee. (Greves, Liz) (Entered: |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 15 of 27

| | | 11/10/1993 |
|---|---|---|
| 11/12/1993 | 42 | (COPY) of letter to Elisa L. Lang from Irving Anolik, Attorney for defendant Ra, dated 11/9/93. Requesting to be informed as soon as possible if a Superseding Indictment is being filed. (Johnson, Lorraine) (Entered: 11/12/1993) |
| 11/15/1993 | 43 | (COPY) of letter to Elisa L. Liang from Donna R. Newman, Esq., dated 11/5/93. Requesting discovery pursuant to Rule 16. (Johnson, Lorraine) (Entered: 11/16/1993) |
| 11/23/1993 | 45 | CALENDAR ENTRY as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 11/23/93 for pleading. Court Reporter T. Mancuso, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel, Defts arraigned. Mr. Lorsy makes another bail application on behalf of Alex Chung. Denied. AUSA Liang informs the Court discovery is almost completed. 40 tapes have been produced. Case adjourned to 12/21/93 at 9:30AM. A new motion schedule & trial date will be set than. Hyun Choi Lee will be arraigned tomorrow. Jay Wok Lee is a fugitive. Ho Sung Kim was not produced. He will be arraigned on 11/29/93 at 4:30PM. (Greves, Liz) (Entered: 11/29/1993) |
| 11/29/1993 | 46 | ORDER of EXCLUDABLE DELAY from 11/23/93 to 12/21/93 as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi. (Signed by Judge I. L. Glasser, dated: 11/24/93). (Greves, Liz) (Entered: 11/29/1993) |
| 11/29/1993 | | (Court only) **Excludable XT start as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi. (Greves, Liz) (Entered: 11/29/1993) |
| 12/22/1993 | 53 | Letter from Young Taek Lee to Clerk of the Court requesting copies of various documents. (Greves, Liz) (Entered: 12/27/1993) |
| 01/03/1994 | 59 | CALENDAR ENTRY as to Young Taek Lee, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Kwang Joon Ra, Jin Ho Yu ; Case called before Judge I. L. Glasser on date of 12/21/93 for status conference. Court Reporter G. Rudolph, AUSA E. Liang & Interpreter Ms. Melton present. Defts present with counsel. Ms. Kellman now represents deft Kwang Joon Ra. Mr. Anolik is relieved as counsel for Kwang Ra. Notice of Appearance filed by Ms Kellman. Defts' motions to be filed by 2/14/94. Government's response by 3/7/94. Hearing on 3/18/94 if necessary. Mr. Berman is relieved as counsel for deft Hyun Choi Lee & Mr. Scotty Auster will represent deft. (Greves, Liz) (Entered: 01/03/1994) |
| 02/15/1994 | 76 | Letter dated 2/10/94 from William Keith Watanabe to Judge Glasser regarding his letter of 2/9/94 requesting extension of time to file motions; & advising that the name of Charles Ross should not have been included in the list of counsel joining in the application for the extension. (Greves, Liz) (Entered: 02/15/1994) |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 16 of 27

| | | |
|---|---|---|
| 02/17/1994 | 80 | ORDER dated 2/10/94 that defts' time to file motions extended to 2/25/94. (Signed by Judge I. L. Glasser on letter dated 2/9/94 from William Keith Watanabe). (Greves, Liz) (Entered: 02/17/1994) |
| 02/23/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 02/23/1994) |
| 02/25/1994 | 81 | ORDER (on letter dated 2/23/94 to Judge Glasser from Henry J. Steinglass requesting (2) week extension for defense motions, as to Seung Choi & (all defendants). SO ORDERED Motion hearing set for 3/11/94 (75-1). ( Signed by Judge I. L. Glasser , dated: 2/23/94) ***SEE ITEM #81 for Order*** (Johnson, Lorraine) (Entered: 02/25/1994) |
| 02/25/1994 | 83 | SEALED DOCUMENT containing an application and order, by AUSA, Elisa Liang. (Asreen, Wendy) (Entered: 02/25/1994) |
| 03/09/1994 | 91 | OMNIBUS MOTION by Young Taek Lee for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (Greves, Liz) (Entered: 03/10/1994) |
| 03/09/1994 | 92 | AFFIRMATION of Donna R. Newman in support of deft Young Taek Lee's Omnibus Motion. (Greves, Liz) (Entered: 03/10/1994) |
| 03/09/1994 | 93 | MEMORANDUM by Young Taek Lee in support of [91-1] motion for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (filed with Exhibits A-E attached). (Greves, Liz) (Entered: 03/10/1994) |
| 03/11/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 03/11/1994) |
| 03/14/1994 | 97 | ORDER dated 3/4/94 as to Young Taek Lee, Sam Chung, Jin Su Choi, In Sung Paek, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Ra, Jin Ho Yu, Chong Ho Kim, Motion hearing set for 9:30AM on 4/15/94.(signed by Judge I. L. Glasser on letter dated 3/4/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: 03/14/1994) |
| 03/23/1994 | 110 | ORDER as to Young Taek Lee ordered that an additional extension of 2 weeks on the time for submission of the defense motions from 3/18/94. ( Signed by Judge I. L. Glasser dated: 3/21/94) (endorsed on letter dated 3/16/94 from Charles Ross to Judge Glasser). (Dobkin, David) (Entered: 03/23/1994) |
| 03/31/1994 | | (Court only) **Terminated deadlines (Lui, Lin) (Entered: 03/31/1994) |
| 04/06/1994 | 113 | ORDER dated 4/1/94 granting government's request for a two week extension to respond to defts' motions. (Signed by Judge I. L. Glasser on letter dated 4/1/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: 04/06/1994) |
| 04/06/1994 | 114 | ORDER dated 4/1/94 that government's time to respond to defts' motions extended two weeks. (Signed by Judge I. L. Glasser on letter dated 3/31/94 from AUSA Elisa L. Liang). (Greves, Liz) (Entered: 04/06/1994) |

| 04/15/1994 | 119 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 4/15/94 for status conference. Court Reporter C. Januzzi, AUSA E. Liang & Interpreter M. Melton present. Deft present with counsel Donna Newman. This conference was scheduled to discuss a possible conflict. Ms. Newman represented a cellmate of deft. Ms Newman wishes to continue as deft's attorney. The Court will not make any determination at this time. If the government wants to move to disqualify Ms Newman, it is free to do so. (Greves, Liz) (Entered: 04/20/1994) |
|---|---|---|
| 04/20/1994 | 120 | Letter dated 4/14/94 from AUSA Elisa L. Liang to Judge Glasser advising that letter is being submitted to inform the Court of issues to be addressed at the 4/15/94 conference. (Greves, Liz) (Entered: 04/20/1994) |
| 04/20/1994 | 121 | Copy of letter dated 4/18/94 from AUSA Elisa Liang to all defense counsel for defts Lee, Young Taek, Lee, Hyun Chae, Choi, Seung Hwan, Yu, Jin Ho, Sam Chung, Choi, Jin Su, Paek, In Sung, conveying govt's proposed plea. (Dobkin, David) (Entered: 04/21/1994) |
| 05/03/1994 | 122 | SEALED ENVELOPE containing an application and order regarding a Pen Register . Initial application presented to Mag. Chrein on Nov. 24, 1992. Asst. U.S. Atty. Elisa Liang (Her file #9204450) requested that this Pen Register be filed in this action. (Vaughn, Terry) (Entered: 05/03/1994) |
| 05/18/1994 | 123 | CALENDAR ENTRY as to Young Taek Lee, In Sung Paek, Seung Hwan Choi, Hyun Choi Lee, Jin Ho Yu ; Case called before Judge I. L. Glasser on date of 5/18/94 for status conference. Court Reporter G. Rudolph, AUSA E. Liang & Interpreter Y. Kim present. Defts present with counsel. Government's response to defts' motion to be filed by 7/29/94. Defts' reply by 8/12/94. Motions to be heard on 9/9/94 at 9:30AM. Jury selection set for 11/14/94. Jury trial set for 11/14/94. (Greves, Liz) (Entered: 05/24/1994) |
| 05/24/1994 | 124 | ORDER of EXCLUDABLE DELAY from 5/18/94 to 11/14/94 as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Jin Ho Yu, Chong Ho Kim. (Signed by Judge I. L. Glasser, dated: 5/18/94). (Greves, Liz) (Entered: 05/24/1994) |
| 05/24/1994 | | (Court only) **Excludable XT start as to Young Taek Lee, Kwang Joon LNU, Sam Chung, Jin Su Choi, In Sung Paek, Ki Ho Park, Alex Chung, Ho Sung Kim, Seung Hwan Choi, Hyun Choi Lee, Jae Wook Lee, Kwang Joon Ra, Jin Ho Yu, Chong Ho Kim (Greves, Liz) (Entered: 05/24/1994) |
| 06/01/1994 | 125 | Letter dated 5/23/94 from Donna Newman to Judge Glasser, confirming conversation that she shall remain counsel of deft Young Lee until 6/24/94. (Dobkin, David) (Entered: 06/01/1994) |
| 06/14/1994 | 204 | TRANSCRIPT filed in case as to Young Taek Lee for dates of 6/5/95/jury trial; Court Reporter: Mickey Brymer (Glenn, Marilyn) (Entered: |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 18 of 27

| | | |
|---|---|---|
| | | 06/15/1995) |
| 06/16/1994 | 128 | Superseding Indictment Ordered sealed by Mag Chrein 6/16/94. (PLACED IN VAULT). (Greves, Liz) (Entered: 06/21/1994) |
| 06/22/1994 | 129 | REDACTED SUPERSEDING INDICTMENT as to Young Taek Lee (1) count(s) 1sss, 6sss, 7sss-9sss. (Greves, Liz) (Entered: 06/23/1994) |
| 06/22/1994 | | Count(s) added Young Taek Lee (1) count(s) 17sss, Seung Hwan Choi (9) count(s) 17sss (Greves, Liz) (Entered: 06/23/1994) |
| 06/22/1994 | 130 | CALENDAR ENTRY as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee ; Case called before Judge I. L. Glasser on date of 6/22/94 for pleading. Court Reporter A. Sherman, AUSA E. Liang & In, Not Guilty: Young Taek Lee (1) count(s) 1, 1s, 1ss, 2ss, 3ss, 4ss-5ss, 1sss, 6sss, 7sss-9sss, 17ssss, Seung Hwan Choi (9) count(s) 1, 2, 3-4, 1s, 2s, 3s, 4s-5s, 6s, 7s-8s, 1ss, 6ss, 7ss-9ss, 10ss, 11ss, 12ss-13ss, 17sss, Hyun Choi Lee (10) count(s) 1, 2, 3-5, 6, 7-8, 1s, 4s-5s, 6s, 7s-9s, 10s, 11s, 12s-13s, 14s. Defts present with counsel. Defts arraigned. Mr. Wolf to file his response on 8/19/94. We have a 11/14/94 trial date. (Greves, Liz) Modified on 06/23/1994 (Entered: 06/23/1994) |
| 08/09/1994 | 140 | ORDER as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee, Jin Ho Yu, granting an extension of time until 8/19/94 to respond to the motions of dfts ( Signed by Judge I. L. Glasser , dated: 8/8/94) (fe) (Entered: 08/09/1994) |
| 08/25/1994 | 141 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 8/25/94 for Status Conference. Court Reporter Heri LeGendre. Case called for substituion of counsel. Donna Newman is relieved. John Patten will be appointed. (Gonzalez, Mary) (Entered: 08/26/1994) |
| 10/06/1994 | 145 | Copy of letter dated 8/5/94 from AUSA Elisa L. Liang to Donna R. Newman & William Keith Watanabe enclosing a revised plea agreement for defts Young Taek Lee & Seung Hwan Choi. (Greves, Liz) (Entered: 10/06/1994) |
| 10/26/1994 | 147 | CALENDAR ENTRY as to Young Taek Lee, Hyun Choi Lee, Seung Hwan Choi ; Case called before Judge I. L. Glasser on date of 10/26/94 at 12:30 p.m. for pleaing. Court Reporter Tony Mancuso, AUSA Elisa Liang. Korean interpreter Myung Ja Melton. Mr. Patten has conflict and may need to be relieved. He is willing to stay on the case for a week or so. Mr. Wolf will be on trial in Januray. Mr. Watanabe will be on trial in November and January. Elisa Liang and the attorneys have been discussing a disposition for some time now. The plea offer is extended until 11/11/94. Another conference will be held on 11/10/94 at 4:30 p.m. , There are outstanding motions, so the clock has stopped. set jury selection for 2/27/95 for Young Taek Lee, for Seung Hwan Choi, for Hyun Choi Lee before Judge I. L. Glasser , set Jury trial for 2/27/95 for Young Taek Lee, for Seung Hwan Choi, for Hyun Choi Lee before Judge I. L. Glasser (Lui, Lin) (Entered: 10/28/1994) |

Case 1:07-cr-00018  Document 7  Filed 04/05/2007  Page 19 of 27

| 11/10/1994 | 148 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 11/10/94 for status conference. Court Reporter P. Auerbach, AUSA E. Liang & Interpreter Myung Ja Melton. Deft present. Mr. Patten could not appear today. Case adjourned to 11/16/94 at 4PM before Judge I. L. Glasser. (Greves, Liz) (Entered: 11/15/1994) |
|---|---|---|
| 11/16/1994 | 150 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 11/16/94 for status conference. Court Reporter M. Bryner, AUSA E. Liang & Interpreter M. Melton. Deft present with counsel John Patten. John Patten asks to be relieved, because of heavy trial schedule. Application granted. Another attorney will be appointed. (Greves, Liz) (Entered: 11/23/1994) |
| 11/22/1994 | 149 | Sealed envelope containing LETTER. (Placed in Vault). (Greves, Liz) (Entered: 11/22/1994) |
| 11/28/1994 | 151 | Sealed envelope containing Application & Order. (Placed in Vault). (Greves, Liz) (Entered: 11/28/1994) |
| 11/28/1994 | 152 | Sealed envelope containing Order & Application. (Placed in Vault). (Greves, Liz) (Entered: 11/28/1994) |
| 11/28/1994 | | (Court only) **Terminated past due deadlines. (Lui, Lin) (Entered: 11/28/1994) |
| 01/13/1995 | | Magistrate Mann has been selected by random selection to handle any matters that may be referred in this case. (Guzzi, Roseann) (Entered: 01/13/1995) |
| 01/25/1995 | 159 | SEALED LETTER dated 1/23/95 as per order of Judge Glasser. Date of Sealing 1/24/95. (Dobkin, David) (Entered: 01/25/1995) |
| 02/01/1995 | 165 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 2/1/95 for status conference. Court Reporter A. Sherman, AUSA E. Liang & Interpreter S. Hahn. Deft present with counsel Martin Stolar. Mr. Stolar & Ms. Liang have been working very hard to work out a disposition. They request that deft Lee be added to the Court's calendar tomorrow at 4PM. Granted. All three remaining defts will plead guilty tomorrow. (Greves, Liz) (Entered: 02/07/1995) |
| 02/03/1995 | 163 | CALENDAR ENTRY as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee; Case called before Judge I. L. Glasser on date of 2/3/95 for status conference. Court Reporter F. Guerino, AUSA E. Liang & Interpreter M. Melton. Defts present with counsel. Parties cannot reach an agreement. Jury selection & trial set for 5/22/95 at 9:30AM. There are outstanding motions. The government has not filed a response because there were plea negotiations. Mr. Stolar, the 3rd lawyer for Young Taek Lee, will be filing his own motions by 3/20/95. Ms Liang to file her response by 4/3/95. (Greves, Liz) (Entered: 02/07/1995) |
| 02/07/1995 | 164 | ORDER of EXCLUDABLE DELAY from 2/3/95 to 5/22/95 as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee. (Signed by Judge I. L. |

| | | |
|---|---|---|
| | | Glasser, dated: 2/3/95). (Greves, Liz) (Entered: 02/07/1995) |
| 02/07/1995 | | (Court only) **Excludable XT start as to Young Taek Lee, Seung Hwan Choi, Hyun Choi Lee. (Greves, Liz) (Entered: 02/07/1995) |
| 03/20/1995 | | (Court only) **Terminated past due deadlines. (Lui, Lin) (Entered: 03/20/1995) |
| 04/28/1995 | 170 | COPY LETTER dated 4/27/95 from AUSA Elisa L. Liang to Martin Stollar, Esq. confirming that physical evidence seized is available for your review. (Guzzi, Roseann) (Entered: 05/03/1995) |
| 05/02/1995 | 169 | Sealed envelope containing ORDER/APPLICATION. (PLACED IN VAULED). (Greves, Liz) (Entered: 05/03/1995) |
| 05/04/1995 | 171 | WRIT of Habeas Corpus ad Testificandum issued for Liu, Han Kai and O, Tae Mun for 5/15/95 in this action. ( Signed by Judge I. L. Glasser , Dated 05/03/95) (Asreen, Wendy) (Entered: 05/04/1995) |
| 05/04/1995 | 173 | AFFIDAVIT by Elisa Liang, AUSA as to Young Taek Lee, Hyun Choi Lee Re: [91-1] motion for a bill of particulars; Brady & Giglio material;to sever; to redact portions of tape recorded conversations; etc. (Ferguson, Frances) (Entered: 05/05/1995) |
| 05/04/1995 | 177 | Copy of LETTER dated 5/4/95 from AUSAs Elisa Liang & Stephen Kelly to Judge Glasser advising that the motions of defts Young Taek Lee & Hyun Choi Lee should be denied. (Greves, Liz) (Entered: 05/17/1995) |
| 05/17/1995 | 176 | Copy of LETTER dated 5/15/95 from AUSAs Elisa Liang & Stephen Kelly to Mr. Stollar regarding evidence that the government intends to introduce at trial. (Greves, Liz) (Entered: 05/17/1995) |
| 05/18/1995 | 183 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/18/95 for status conference. Court Reporter F. Guerino & AUSA E. Liang & Korean Interpreter Myun -Ya Melton. Deft present with counsel Martin Stolar. The severance motion is academic. A hearing may be needed to determine the admissibility & accuracy of the tapes. Motion to suppress evidence is now moot. Defense wants to interview prospective witnesses. Request of deft for bill of particulars is denied. Trial will begin on 5/22/95. Mr. Stolar called the Clerk later this day to say there would bo no need for a hearing with respect to 10 tapes. There is no problem with their accuracy, or audibility.. (Greves, Liz) (Entered: 05/23/1995) |
| 05/19/1995 | 180 | AFFIRMATION by AUSA, Elisa Liang in support of the government's response to the omnibus motions of defendants Lee, Young Taek and Lee, Hyun Choi for various relief. (Asreen, Wendy) (Entered: 05/19/1995) |
| 05/19/1995 | 181 | (copy w/o enclosures) LETTER dated 05/18/95 from AUSA, Elisa Liang to Martin Stollar, Esq. forwarding a revised version of the 3/18/95 telephone conversation and a draft transcript for the 4/13/95 conversation. (Asreen, Wendy) (Entered: 05/19/1995) |

| 05/22/1995 | | Voir dire begun as to Young Taek Lee (1) count(s) 1sss, 1ss, 1s, 1, 2ss, 3ss, 4ss-5ss, 6sss, 7sss-9sss, 17ssss. (Greves, Liz) (Entered: 05/23/1995) |
|---|---|---|
| 05/22/1995 | 184 | Before Judge Glasser on 5/22/95 case called. Court Reporter T. Mancuso, AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kimm, K. Kim, Anthony Fitzgerald, J.R. Smith present. Deft present with counsel Martin Stolar. Voir dire held. Jury sworn. Trial ordered & begun. Stephen Kelley opens for the government. Martin Stolar opens for deft. Jury trial continued to 5/23/95 at 9:30AM. (Greves, Liz) Modified on 05/23/1995 (Entered: 05/23/1995) |
| 05/23/1995 | 182 | LETTER dated 5/19/95 from Martin R. Stolar to Judge Glasser requesting on behalf of deft Young Taek Lee that the Court add certain questions to supplement the Court's voir dire of the jury panel to be selected for the trial of this case. (Greves, Liz) (Entered: 05/23/1995) |
| 05/23/1995 | 185 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/23/95 for jury trial. Court Reporter T. Mancuso, G. Rudolph, S. Silverman AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kim, FBI - JR Smith, Anthony Fitzgerald. Deft present with counsel Martin Stolar. Trial continued to 5/24/95 at 9:30AM. (Greves, Liz) (Entered: 05/25/1995) |
| 05/24/1995 | 186 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/24/95 for jury trial. Court Reporter T. Mncuso, S. Silverman, AUSA E. Liang, S. Kelly, Korean Interpreter Y. Kim. Deft present with counsel Martin Stolar. Trial continued to 5/25/95 at 9:45AM. (Greves, Liz) (Entered: 05/25/1995) |
| 05/25/1995 | 187 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/25/95 for jury trial. Court Reporter T. Mancuso, S. Silverman, AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial to resume on 5/30/95 at 10AM. (Greves, Liz) (Entered: 05/30/1995) |
| 05/30/1995 | 189 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/30/95 for jury trial. Court Reporter G. Rudolph, S. Silverman, T. Mancuso, AUSA E. Liang, S. Kelly, & Korean Interpreter Mr. Kim. Trial continued to 5/31/95 at 9:30AM. (Greves, Liz) (Entered: 05/31/1995) |
| 05/31/1995 | 190 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 5/31/95 for jury trial. Court Reporters G. Rudolph, S. Silverman, T. Mancuso, AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial continued to 6/1/95 at 9:45AM. (Greves, Liz) (Entered: 06/05/1995) |
| 06/01/1995 | 191 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/1/95 for jury trial. Court Reporters G. Rudolph, S. Silverman & AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Trial continued to 6/5/95 at 10AM. (Greves, Liz) (Entered: 06/05/1995) |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 22 of 27

| | | |
|---|---|---|
| 06/05/1995 | 194 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on 06/05/95 for jury trial. AUSA: Elisa Liang and Stephen Kelly. Defense counsel: Martin Stolar. Court Reporter: Mickey Brymer. Gov't calls Charles Seymour to the stand. Gov't rests. Rule 29 motions by Mr. Stolar are DENIED. Defense calls Mr. Il Park and Young Kyu Hwang to the statnd. Defense rests. Trial to continue to 6/6/95 at 9:30. (Asreen, Wendy) (Entered: 06/09/1995) |
| 06/06/1995 | 195 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/6/95 for jury trial. Court Reporter M. Brymer, AUSA E. Liang, S. Kelly, & Korean Interpreter Mr. Yang. Deft present with counsel Martin Stolar. AUSA Liang sums up for the government. Martin Stolar sums up for the defense. AUSA Liang on rebuttal. Judge charges jury. Alternates discharged. Marshal sworn. Jury begins deliberations. Trial continued to 6/7/95 at 9:30AM. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | 192 | Unsigned copy of Government's supplemental request to charge as to Young Taek Lee. (Asreen, Wendy) (Entered: 06/07/1995) |
| 06/07/1995 | 196 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 6/7/95 for jury trial Court Reporter M. Brymer & AUSA E. Liang & S. Kelly. Deft present with counsel Martin Stolar. Jury trial resumes. Guilty on all six counts. Jury trial ends. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | | JURY VERDICT as to Young Taek Lee Guilty: Young Taek Lee (1) count(s) 1ss, 2ss, 3ss, 4ss-5ss, 6sss. (Greves, Liz) (Entered: 06/12/1995) |
| 06/07/1995 | | Deadline updated as to Young Taek Lee, Sentencing for 9:30 9/14/95 for Young Taek Lee before Judge I. L. Glasser (Greves, Liz) (Entered: 06/12/1995) |
| 06/09/1995 | 193 | Proposed Jury Instructions by Young Taek Lee. (Asreen, Wendy) (Entered: 06/09/1995) |
| 06/13/1995 | 197 | TRANSCRIPT fo Proceedings filed in case as to Young Taek Lee for dates of 5/23/95 before Judge Glasser; Court Reporter: Anthony Mancuso. (Murphy, Margaret) (Entered: 06/13/1995) |
| 06/13/1995 | 198 | TRANSCRIPT of Proceedings filed in case as to Young Taek Lee for dates of 5/31/95 before Judge Glasser; Court Reporter: Gene Rudolph. (Murphy, Margaret) (Entered: 06/13/1995) |
| 06/13/1995 | 199 | TRANSCRIPT of jury trial before judge Glasser filed in case as to Young Taek Lee for dates of 5/30/95; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 200 | Copy of LETTER dated 5/15/95 from AUSA Elisa Liang & Stephen Kelly to Mr. Stollar regarding government's intention to offer in evidence "enterprise" crimes during the course of trial. (Greves, Liz) (Entered: 06/14/1995) |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 23 of 27

| | | |
|---|---|---|
| 06/14/1995 | 201 | Copy of LETTER dated 5/24/95 from AUSA Elisa Liang & Stephen Kelly to Judge Glasser regarding issue of late discovery & disclosure; & requesting that the Court exercise its discretion to allow the admission of this evidence at trial. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 202 | Copy of LETTER dated 5/25/95 from AUSA Elisa Liang to Mr. Stollar enclosing xerographic copies of the photos taken by the Nassau County Police Dept after the LI robbery in Valley Stream; & 3 recent photos of the residence; & advising that the street address number of the residence has been redacted to protect the civilian witnesses. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 203 | LETTER dated 6/1/95 from AUSA Elisa Liang & Stephen Kelly to Judge Glasser informing the Court & defense counsel of the government's requests regarding the jury instructions in this case. (Greves, Liz) (Entered: 06/14/1995) |
| 06/14/1995 | 251 | TRANSCRIPT OF TRIAL BEFORE JUDGE I LEO GLASSER filed in case as to Young Taek Lee for dates of 6/5/95 ; Court Reporter/ESR: Mickey Brymer. (McGee, Maryann) (Entered: 11/21/1995) |
| 06/15/1995 | 205 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 22, 1995, at 9:30 a.m., of proceedings held before Judge Glasser and a jury ; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | 206 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 24, 1995, at 9:20 a.m., of proceedings held before Judge Glasser and a jury ; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | 207 | TRANSCRIPT filed in case as to Young Taek Lee for dates of May 25, 1995, at 9:40 a.m., of proceedings held before Judge Glasser and a jury; Court Reporter/ESR: Anthony M. Mancuso, Reporter. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | | (Court only) ** Added Government Attorney Stephen Kelly. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/15/1995 | | (Court only) ** Added for Young Taek Lee Attorney Martin R. Stolar. (Vaughn, Terry) (Entered: 06/16/1995) |
| 06/22/1995 | 208 | LETTER dated 6/16/95 from AUSA Elisa Liang to Judge Glasser regarding adjournment of sentencing for defts in the above case. (see attached list for defts). (Dobkin, David) (Entered: 06/22/1995) |
| 09/14/1995 | 211 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 9/14/95 for sentencing. Court Reporter M. Brymer, AUSA E. Liang & Korean Interpreter M. Melton. Deft present with counsel Martin Stolar. Sentencing adjourned to 9/29/95 at 2:30PM before Judge I. L. Glasser. (Greves, Liz) (Entered: 09/19/1995) |

| | | |
|---|---|---|
| 09/15/1995 | 213 | Copy of LETTER dated 9/12/95 from AUSA Elisa L. Liang to Kathleen Kearns setting forth objections regarding the Guidelines calculations for deft Young Taek Lee. (Greves, Liz) (Entered: 09/19/1995) |
| 09/15/1995 | 214 | Copy of LETTER dated 9/11/95 from AUSA Elisa L. Liang to Judge Glasser advising that the government believes that a fair distribution of any restitutionary amounts would require a 50% contribution from deft Young Taek Lee & 25% each from Seung Hwan Choi & Ki Ho Park. (Greves, Liz) (Entered: 09/19/1995) |
| 09/19/1995 | 212 | Copy of LETTER dated 9/5/95 from AUSA Elisa L. Liang to defense counsel advising of the rescheduling of sentence dates: Young Taek Lee 9/14/95 at 4:30PM; Seung Hwan Choi & Alex Chung 9/20/95 at 9:30AM; Ki Ho Park & Ho Sung Kim 9/21/95 at 9:30AM; Sam Chung, Jin Su Choi, David Chong 9/22/95 at 9:30AM; Kwang Joon Ra, Chong Ho Kim, In Sung Paek 9/27/95 at 9:30AM; Chyng Hoon Yi 9/29/95 at 9:30AM. (Greves, Liz) (Entered: 09/19/1995) |
| 09/19/1995 | 215 | Senior U.S. Probation Officer Kathlen Kearns' Addendum to the Presentence Report Objections by the government. (Greves, Liz) (Entered: 09/19/1995) |
| 09/28/1995 | 223 | COPY LETTER dated 9/28/95 from AUSA Elisa L. Liang to Judge Glasser confirming that the sentencing of defendant Young Taek Lee, has been adjourned upon consent of the parties. (Guzzi, Roseann) (Entered: 10/04/1995) |
| 09/29/1995 | 222 | LETTER dated 9/20/95 from Elisa L. Liang to Kathleen Kearns Re: confirmation of sentencing proceedings underlined below have been abjourned upon consent of the parties. 9/29/95 Lee, Young Taek at 2:30 p.m., 10/2/95 Choi, Seung Hwan at 4:30 p.m., 10/5/95 Alex Chung at 4:30 p.m., 10/6/95 Chong, Ho Yoon (93cr886) at 2:15 p.m.; 10/6/95 Kim, Chong Ho at 2:15 p.m., 10/10/95 Paek, In Sung at 4:30 p.m., 10/11/95 Sam Chung, Jin Su Choi at 4:30 p.m., 10/12/95 Ki Ho Park, Ho Sung Kim at 4:30 p.m., 10/13/95 Ra, Kwang Joon at 10:30 a.m., Yi, Chyung Hoon(93cr0065) at 2:15 p.m. (Jean Modified on 09/29/1995 (Entered: 09/29/1995) |
| 09/29/1995 | | (Court only) **Terminated past deadlines. (Jean (Entered: 09/29/1995) |
| 10/04/1995 | 224 | ORDER dated 9/29/95 that sentencing for deft Young Taek Lee adjourned to 10/10/95 at 10AM before Judge I. L. Glasser. (Signed by Judge I. L. Glasser on letter dated 9/28/95 from AUSA Elisa Liang). (Greves, Liz) (Entered: 10/04/1995) |
| 10/10/1995 | | (Court only) **Terminated party Seung Hwan Choi. (Greves, Liz) (Entered: 10/10/1995) |
| 10/11/1995 | | (Court only) **Terminated party Alex Chung. (Greves, Liz) (Entered: 10/11/1995) |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 25 of 27

| | | |
|---|---|---|
| 10/13/1995 | 229 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 10/13/95 for sentencing. Court Reporter A. Sherman. AUSA E. Liang & Interpreter M. Melton. Deft present with counsel Martin Stolar. Mr. Stolar asks for adjournment until Monday. Granted. Sentencing adjourned to 10/16/95 at 2:30PM. (Greves, Liz) (Entered: 10/16/1995) |
| 10/16/1995 | 235 | CALENDAR ENTRY as to Young Taek Lee ; Case called before Judge I. L. Glasser on date of 10/16/95 for sentencing. Court Reporter H. Driscoll, AUSA E. Liang & Korean Interpreter M. Melton. Deft present with counsel Martin Stolar. Deft advised of right to appeal in forma pauperis. (Greves, Liz) (Entered: 10/19/1995) |
| 10/16/1995 | | Sentencing held Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss. (Greves, Liz) (Entered: 10/19/1995) |
| 10/17/1995 | | (Court only) **Terminated party Chong Ho Kim. (Greves, Liz) (Entered: 10/17/1995) |
| 10/18/1995 | | (Court only) **Terminated party Kwang Joon Ra. (Greves, Liz) (Entered: 10/18/1995) |
| 10/18/1995 | | Sealed envelope containing LETTER. (filed in 93CR65, document #19). (PLACED IN VAULT). (Greves, Liz) (Entered: 10/18/1995) |
| 10/19/1995 | 236 | JUDGMENT Young Taek Lee (1) count(s) 1sss, 2ss , 3ss , 4ss -5ss , 6sss . Imprisonment for a term of 97 months, on Counts 1,2,3,4 & 5. On Count 6 deft sentenced to imprisonment for 60 months, consecutive to term on Counts 1,2,3,4 & 5, & a 3 year period of supervised release. Deft assessed $300.00. The underlying indictment is dismissed on motion of the U.S. Deft remanded to the custody of the U.S. Marshal. (Signed by Judge I. L. Glasser , Dated 10/17/95). (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | | DISMISSAL of Count(s) on Government Motion as to Young Taek Lee Terminated motions: Counts Dismissed: Young Taek Lee (1) count(s) 1ss, 1s, 1, 7sss-9sss, 17ssss. (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | | (Court only) **Terminated party Ho Sung Kim, party Ki Ho Park, party Jin Su Choi, party Sam Chung. (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | | (Court only) **Terminated party Young Taek Lee. (Greves, Liz) (Entered: 10/19/1995) |
| 10/19/1995 | 245 | NOTICE OF APPEAL by Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss. The defendant appeals the judgment that was entered on 10/19/95. NO FEE PAID for the defendant has a CJA attorney. Forms distributed. USCA notified. (Gonzalez, Mary) (Entered: 10/19/1995) |
| 10/23/1995 | | (Court only) **Terminated party In Sung Paek. (Greves, Liz) (Entered: 10/23/1995) |
| 10/27/1995 | 248 | USCA Scheduling Order: as to Young Taek Lee [245-1] appeal Appeal Record due by 11/14/95 for Young Taek Lee USCA Number: 95-1588 |

Case 1:07-cr-00018    Document 7    Filed 04/05/2007    Page 26 of 27

| | | |
|---|---|---|
| | | Appellant's brief due 12/14/95. Appellee's brief due 1/15/96. Argument set for 2/5/96. (Gonzalez, Mary) (Entered: 10/27/1995) |
| 11/15/1995 | 249 | TRANSCRIPT of proceedings before Judge Glasser filed in case as to Young Taek Lee for dates of 6/1/95 ; Court Reporter G. Rudolph. (Greves, Liz) (Entered: 11/15/1995) |
| 11/17/1995 | 250 | TRANSCRIPT of sentencing before Judge Glasser filed in case as to Young Taek Lee for dates of 10/16/95 ; Court Reporter H. Driscoll. (Greves, Liz) (Entered: 11/20/1995) |
| 11/21/1995 | | Certified and transmitted (INDEX) record on appeal to U.S. Court of Appeals as to Young Taek Lee : [245-1] appeal . Acknowledgment requested. (Gonzalez, Mary) (Entered: 11/21/1995) |
| 11/30/1995 | 253 | Acknowledgment from USCA received for the (INDEX) that was sent to the USCA as to Young Taek Lee RE: [245-1] appeal (Gonzalez, Mary) (Entered: 11/30/1995) |
| 04/01/1996 | | Certified and transmitted record on appeal to U.S. Court of Appeals as to Young Taek Lee : [245-1] appeal . Acknowledgment requested. PLEASE NOTE: THIS RECORD IS BEING SENT TO DARYL EASTON AS PER HER REQUEST. (Gonzalez, Mary) (Entered: 04/01/1996) |
| 05/16/1996 | 267 | MANDATE OF USCA (certified copy) as to Young Taek Lee Re: [245-1] appeal affirming judgment/order Young Taek Lee (1) count(s) 1sss, 2ss, 3ss, 4ss-5ss, 6sss . The judgment of the District Court is affirmed. Issued as mandate on 5/14/96. Judge notified. Ackn mailed. USCA 95-1588. (Gonzalez, Mary) (Entered: 05/16/1996) |
| 07/09/1996 | | (Court only) **Terminated party Hyun Choi Lee. (Greves, Liz) (Entered: 07/09/1996) |
| 07/19/1996 | | CASE reassigned to Judge Unassigned (Greves, Liz) (Entered: 07/22/1996) |
| 07/22/1996 | | Record on Appeal as to Young Taek Lee returned from U.S. Court of Appeals: [245-1] appeal (McGee, Maryann) (Entered: 07/22/1996) |
| 08/01/1996 | | (Court only) **Remove appeal flag - no further appeals pending (Dobkin, David) (Entered: 08/01/1996) |