JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
YOUNG TAEK LEE

**FILED**
DISTRICT COURT OF GUAM

MAY - 4 2007 nbo

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-07-00018 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING |
| vs. | ) | |
| | ) | |
| YOUNG TAEK LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Sentencing Hearing currently scheduled for May 10, 2007, be continued for a forty-five days

The justification for this request is based on counsel's review of a recent Ninth Circuit decision

which questions the validity of defendant's plea of guilty to the charge of Illegal Reentry of Removed

Alien. In United States v. Cruz-Escoto, 476 F.3d 1081 (9th Cir. 2007), the court held that "physical

ORIGINAL

presence alone is insufficient to sustain a conviction of 'being found in' the United States." The

defendant must also be free from official restraint at the time of apprehension. Id. As a result of the

above case, defendant may be required to motion the court to withdraw his guilty plea pursuant to

Rules of Criminal Procedure 11(d)(2)(B). The continuance will allow counsel to brief the issue and

evaluate the validity of the guilty plea. The parties further agree the government reserves the right

to contest the issue.

   The request for a forty-five day continuance is based on defense counsel's off-island

commitments from May 24- June 12, 2007.

   IT IS SO STIPULATED:

   DATED: Mongmong, Guam, May 4, 2007.


RICHARD P. ARENS
Attorney for Defendant
YOUNG TAEK LEE


ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2