JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
YOUNG TAEK LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00018 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| YOUNG TAEK LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The stipulation filed on May 4, 2007, is HEREBY APPROVED AND SO ORDERED. Accordingly, the Sentencing scheduled for May 10, 2007 is hereby vacated and is rescheduled for June 26, 2007 at 9:30 a.m.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: May 04, 2007**