ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
238 Archbishop Flores Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN - 7 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00018 |
| Plaintiff, | ) |
| vs. | ) **WITHDRAWAL OF OPPOSITION** |
| | ) **TO MOTION TO WITHDRAW PLEA** |
| YOUNG TAEK LEE, | ) |
| Defendant. | ) |

The Government withdraws its opposition to Motion to Withdraw Plea of Guilty based on a review of the Ninth Circuit holding in U.S. v. Zavala-Mendez, 411 F3d 1116 (9th Cir. 2005), and the Fifth and First Circuit's holdings in U.S. v. Angeles-Mascote, 206 F3d 529 (5th Cir., 2000), and U.S. v. Kavazanjian, 623 F2d 730 (1st Cir., 1980) as well as the Supreme Court's holdings in U.S. v. Resendiz-Ponce, 127 S. Ct. 782 (2007). These cases address the concept of official restraint in the context of airport entry and violations of 8 U.S.C. 1326(a).

DATED this 6th day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney