JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
YOUNG TAEK LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR-07-00018 |
|---|---|---|
| Plaintiff, | ) | ORDER TO WITHDRAW GUILTY PLEA |
| vs. | ) | |
| YOUNG TAEK LEE, | ) | |
| Defendant. | ) | |

IT IS ORDERED THAT the motion to withdraw guilty plea filed by the Office of the Federal Public Defender in the above-captioned case is hereby granted. The sentencing scheduled for June 26, 2007 is hereby vacated. Jury Trial is hereby set for July 5, 2007 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 25, 2007