YoungLee.MDI

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 27 2007

MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00018 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO DISMISS INDICTMENT** |
| YOUNG TAEK LEE, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant YOUNG TAEK LEE, be dismissed for the reason that the defendant has been charged through an Indictment in Criminal Case No. 07-00050. Said Indictment has incorporated similar criminal acts described in the Criminal Case No. 07-00018.

Respectfully submitted this _____ day of June, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

ORIGINAL