YoungLee.ORD

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00018 |
| Plaintiff, ) | |
| vs. ) | **ORDER DISMISSING** |
| ) | **INDICTMENT** |
| YOUNG TAEK LEE, ) | |
| Defendant. ) | |

**IT IS ORDERED** that the Indictment in the above-captioned case is hereby dismissed with prejudice.

**SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jun 27, 2007**