**LEE_YoungTaek.pet**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00018 |
| ) | |
| Plaintiff, ) | |
| ) | PETITION FOR CREDIT |
| v. ) | OF PAYMENT |
| ) | |
| YOUNG TAEK LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order for the Clerk's Office to credit the payment made in the above-referenced case as payment in full of the $100.00 special assessment fee imposed against Defendant YOUNG TAEK LEE (hereinafter referred to as "Defendant LEE") in *U.S. vs. Young Taek Lee*, Criminal Case no. 07-00050 and in support hereof, states as follows:

1. On March 20, 2007, payment in the amount of $100.00 was made by the Immigration & Customs Enforcement (ICE) and applied towards the above-referenced case. See Attachment "A."

2. On June 27, 2007, Criminal Case no. 07-00018 was dismissed for the reason that Defendant LEE was charged in Criminal Case no. 07-00050 incorporating similar criminal acts.

3. On September 14, 2007, Defendant LEE was sentenced in Criminal Case No. 07-00050 and ordered to pay, among other things, a $100.00 special assessment fee.

4. Plaintiff respectfully requests that the Clerk's Office of the U.S. District Court of Guam credit the amount of $100.00 paid by ICE towards Criminal Case no. 07-00018 as payment in full towards Defendant LEE's special assessment fee obligation in Criminal Case No. 07-00050.

DATED this 9th day of May, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov