# District Court of Guam
# Fees Report

Date Range: 03/19/2007 - 03/23/2007
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 03/19/2007 | 0031153 | Government of Guam Retirement Fund | | | |
| | | | CR-03-00023: USA v. Champaco Party: CHAMPACO, MARIO C. Restitution | $ | 65.00 |
| | | | Payment Type(s) Check #096761 59-101/1213 | $ | 65.00 |
| 03/19/2007 | 0031154 | McDonalds Service Center | | | |
| | | *JOINT* | CR-03-00029: USA v. Meno Party: Meno, Ann Marie T. Restitution | $ | 13.08 |
| | | | Payment Type(s) Check #83045475 56-1544/441 | $ | 13.08 |
| 03/19/2007 | 0031155 | SALYER, MICHAEL F. | | | |
| | | | CR-92-00098: United States of America vs. Michael Salyer Party: SALYER, MICHAEL F. Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s) Check #102127289956 56-382/412 | $ | 100.00 |
| 03/20/2007 | 0031161 | * IMMIGRATION & CUSTOMS ENFORCEMENT | | | |
| | | | CR-07-00018: USA v. Lee Party: Lee, Young Taek Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s) Cash | $ | 100.00 |
| 03/20/2007 | 0031162 | BANK OF HAWAII | | | |
| | | | CR-01-00107: USA v. Abad Party: ABAD, EDITH R. Restitution | $ | 179.54 |
| | | | Payment Type(s) Check #3808420 101-501/1214 | $ | 179.54 |
| 03/22/2007 | 0031172 | X Denight, Patricia E. | | | |
| | | *CVB not entered* | CVB Citation # N113920 Fine - $84.00 Processing Fee - $25.00 Party: Denight, Patricia E. CVB Special Assessment/Fine | $ | 84.00 |
| | | | Payment Type(s) Cash | $ | 109.00 |

3/26/2007  8:16 am

