**LEE_YoungTaek.ord**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUNG TAEK LEE,<br><br>    Defendant. | CRIMINAL CASE NO. 07-00018<br><br>**O R D E R**<br><br>Re: United States Petition for Credit<br>    of Payment |

    Based upon the Plaintiff's Petition for Credit of Payment, the Court hereby orders the Clerk's Office of the District Court of Guam, credit the amount of $100.00 paid by ICE towards Criminal Case no. 07-00018 as payment in full towards Defendant LEE's special assessment fee obligation in Criminal Case No. 07-00050.

    **IT IS SO ORDERED**.

                                   /s/ Frances M. Tydingco-Gatewood
                                      **Chief Judge**
                                   **Dated: May 19, 2008**